# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

IN RE ELLONA REDDICK,

JAY JASMINE SADDLER,

    Petitioner

Case No.: 2:20-cv-00478-APG-BNW

**ORDER DISMISSING CASE**

[ECF Nos. 1, 4]

It appears that Jay Jasmine Saddler, who is in the custody of the State of Wisconsin Department of Corrections, seeks an order from this court for DNA testing for a paternity matter. ECF No. 1-1. While he has styled his filing as a habeas corpus petition, he is not challenging his custody under a state judgment of conviction on federal constitutional grounds, as is required for a 28 U.S.C. § 2254 habeas corpus petition. This court cannot grant the petition because it fails to state a claim for which habeas corpus relief may be granted.

I THEREFORE ORDER the Clerk to detach and file the petition (ECF No. 1-1).

I FURTHER ORDER that the petition is DISMISSED for failure to state a claim for which relief may be granted.

I FURTHER ORDER that petitioner's application for leave to proceed *in forma pauperis* **(ECF No. 1)** and motion for DNA **(ECF No. 4) are both DENIED as moot.**

I FURTHER ORDER that a certificate of appealability is denied.

I FURTHER ORDER the Clerk to enter judgment accordingly and close this case.

Dated: April 14, 2020

_____
U.S. District Judge Andrew P. Gordon